UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA ARGUETA,<br><br>                           Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC.,<br><br>                          Defendant. | Case No.:  25-cv-03661-AJB-MMP<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>**(Doc. No. 16)** |

Before the Court is Plaintiff Jessica Argueta's ("Argueta") and Defendant General Mills, Inc.'s, ("General Mills") Joint Motion for Leave to File Second Amended Class Action Complaint. (Doc. No. 16.) The parties seek to allow Argueta to amend her complaint by correcting a typographical error and adding a footer that identifies the case number. (*Id.* at 1–2.) Given that the parties jointly request this relief and there being no showing that the amendment would be futile or prejudice General Mills, the Court **GRANTS** the Joint Motion for Leave to File Second Amended Class Action Complaint. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave [to amend a pleading] when justice so requires."); *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1052 (9th Cir. 2013) ("Absent prejudice, or a strong showing of any of the remaining *Foman* [*v.*

*Davis*, 371 U.S. 178 (1962)] factors, there exists a *presumption* under Rule 15(a) in favor of granting leave to amend.").

Accordingly, the joint motion is **GRANTED**. (Doc. No. 16.) The Clerk of Court is **DIRECTED** to file Doc. No. 16-1 as the Second Amended Complaint. General Mills must submit a responsive filing on or before **March 11, 2026**. No further continuances will be granted absent extraordinary circumstances.

**IT IS SO ORDERED.**

Dated:  February 18, 2026

Hon. Anthony J. Battaglia
United States District Judge

2

25-cv-03661-AJB-MMP